

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8313

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Dionicio RIVERA-Guillen,<br><br>　　　　　　　Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 8, 2008, within the Southern District of California, defendant Dionicio RIVERA-Guillen did knowingly and intentionally import approximately 34.40 kilograms (75.68 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9TH, DAY OF April 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Dionicio RIVERA-Guillen

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Reuben McDowell.

On April 8, 2008, at approximately 0615 hours, Dionicio RIVERA-Guillen entered the United States at the Calexico, California, East Port of Entry. Customs and Border Officer (CBPO) E. Chong was manning primary. CBPO Chong received a negative oral Customs declaration from RIVERA. RIVERA stated that he had owned the vehicle for six months. CBPO Chong observed that the dash appeared to have been removed, air condition ducts had tape around them and the rocker panel covers were blocked. CBPO Chong escorted the vehicle to the secondary inspection area.

CBPO Chong requested CEO Alba to screen the vehicle with his narcotic detector dog (NDD). The NDD alerted to the dash and rocker panel.

A subsequent inspection by CBPO Chong revealed 27 packages located in the dash and both rocker panels of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 27 packages had a combined net weight of approximately 34.40 kilograms (75.68 pounds).

RIVERA was placed under arrest and advised of his Constitutional Rights according to Miranda, which he acknowledged and waived, agreeing to answer questions. RIVERA admitted knowledge of the marijuana found in the vehicle.