**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Rivera-Guillen

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ8313 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **DIONICIO RIVERA-GUILLEN,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: April 10, 2008

/s/ Candis Mitchell
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rivera-Guillen
Candis_Mitchell@fd.org

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

7  Dated:  April 10, 2008                        _/s/  Candis Mitchell_
                                                **CANDIS L. MITCHELL**
8                                               Federal Defenders of San Diego, Inc.
                                                225 Broadway, Suite 900
9                                               San Diego, CA  92101-5030
                                                (619) 234-8467  (tel)
10                                              (619) 687-2666  (fax)
                                                Candis_Mitchell@fd.org
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28