FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1440-WQH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| DIONICIO RIVERA-GUILLEN, | |
| Defendant. | |

The United States Attorney charges:

On or about April 8, 2008, within the Southern District of California, defendant DIONICIO RIVERA-GUILLEN, did knowingly and intentionally import approximately 34.40 kilograms (75.68 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 6, 2008 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
5/6/08